1  Gabrielle Wirth (SBN 106492)
   wirth.gabrielle@dorsey.com
2  Pavlina K. Rafter (SBN 304181)
   rafter.pavlina@dorsey.com
3  **DORSEY & WHITNEY LLP**
   600 Anton Boulevard, Suite 2000
4  Costa Mesa, CA  92626-7655
   Telephone:   (714) 800-1400
5  Facsimile:   (714) 800-1499

6  Attorneys for Defendant
   AMERIPRISE FINANCIAL SERVICES, INC.
7

8              UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| MICHAEL SAUNDERS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>AMERIPRISE FINANCIAL SERVICES, INC., a Delaware corporation, and DOES 1-100, inclusive,<br><br>                  Defendants. | CASE NO:<br><br>[Los Angeles Superior Court Case No: 18STCV05936]<br><br>**DEFENDANT AMERIPRISE FINANCIAL SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Filed Concurrently With Notice of Removal; Civil Cover Sheet; Appendix of State Court Pleadings; Declaration of Cathy Gress Springer; and Certificate of Interested Parties]<br><br>Complaint Filed: November 21, 2018<br>Trial Date:  Not Set |
|---|---|

4843-6199-4628\1

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Ameriprise Financial Services, Inc. ("Defendant") represents, to the best of its knowledge, the foregoing:

Ameriprise Financial Services, Inc.'s parent corporation is Ameriprise Financial, Inc., and no publicly held corporation owns ten percent (10%) or more of its stock.

Defendant will promptly file a supplemental statement if any of this requested information changes pursuant to Federal Rule of Civil Procedure 7.1.

Dated: December 27, 2018                         DORSEY & WHITNEY LLP

                                                 By: */s/ Gabrielle M. Wirth*
                                                     Gabrielle M. Wirth
                                                     Pavlina K. Rafter
                                                     Attorneys for Defendant
                                                     Ameriprise Financial Services, Inc.,

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 600 Anton Boulevard, Suite 2000, Costa Mesa, CA 92626. On December 27, 2018, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: **DEFENDANT AMERIPRISE FINANCIAL SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT**

SERVED UPON:
Bradley / Grombacher, LLP
Marcus J. Bradley
Kiley L. Grombacher
Taylor L. Emerson
2815 Townsgate Road, Suite 130
Westlake Village, CA 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589

☐ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by Legal Solution to receive documents to be delivered on the same date. A proof of service signed by the courier will be filed with the court upon request.

☐ (BY ELECTRONIC MAIL) A courtesy copy of the above-referenced document was transmitted in "pdf" format by electronic mail ("e-mail"), and no errors were reported.

☒ (BY FEDERAL EXPRESS) I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on December 27, 2018, at Costa Mesa, California.

Kim Massure-Rayson